USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-11

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 27, 2011

*[Handwritten: Sentencing is 2012. Control date January 6, 2012 at 9:30 a.m.]*

*[Handwritten: SO ORDERED. /s/ PKC USDJ 9-27-11]*

**BY FACSIMILE**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Richard Choo-Beng Lee,
            09 Cr. 972 (PKC)

Dear Judge Castel:

    The defendant in the above-captioned matter has pleaded guilty and is continuing to cooperate with the Government's investigation. At the present time, there is no sentencing date on the docket. Accordingly, in light of the defendant's continuing cooperation, the Government respectfully requests that the Court set a control date for Lee's sentencing on a date on or after January 3, 2012.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York

        By:    _____
                    Andrew Z. Michaelson
                    Special Assistant United States Attorney
                    (212) 637-2348

cc (by email): Jeffrey L. Bornstein, Esq. (counsel to Lee)